IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) TOMMY DALE ROBERTSON, an individual )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>2) DAVID LEE MOORE, an individual, and )<br>3) THE UNITED STATES OF AMERICA )<br>)<br>Defendants. ) | Case No. CIV-21-702-G |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Tommy Dale Robertson, by and through his attorneys of record, and hereby dismisses his claims against Defendants in the above captioned matter, without prejudice as to refiling the same, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

FOSHEE & YAFFE
Attorneys for Plaintiff

_____
M. Blake Yaffe, OBA #9940
D. Eliot Yaffe, OBA #19723
S. Alex Yaffe, OBA #21063
Chris Kannady, OBA #20513
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 378-3033
Facsimile: (405) 632-3036
Email: mbyaffe@fylaw.com
  elyaffe@fylaw.com
  ayaffe@fylaw.com
  clk@fylaw.com